# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * **
                                      *
ALEX A. RITZEN and JEAN M.            *
RITZEN, et al.,                       *
                                      *
              Plaintiffs,             *
                                      *   No. 04-1469L
         v.                           *   Filed: June 12, 2018
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * **
```

## O R D E R

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**